1  STUART HANLON, SBN: 66104
   SARA RIEF, SBN: 227279
2  LAW OFFICES OF HANLON & RIEF
   179 11TH Street, 2nd Floor
3  San Francisco, California 94103
   (415) 864-5600
4
   Attorneys for Defendant
5  MAURICIO MIDENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. CR 10-0611 WHA |
| Plaintiff, | ) **STIPULATION & [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. | ) |
| MAURICIO MIDENCE, | ) |
| Defendant. | ) |

It is hereby Stipulated by the parties in the above-captioned matter that defendant herein, Mauricio Midence be allowed to modify his pretrial release conditions as follows:

Mr. Midence is currently on pretrial release. One of the conditions of his release is that he stay within the nine (9) Northern District Counties. Mr. Midence is hereby requesting that this condition be modified so that he also be allowed to travel within the Eastern District Counties of California.

Mr. Tim Elder, the Pretrial Services Officer assigned to this matter stated that he has no objection to the conditions being modified to allow Mr. Midence's travel within the Eastern District Counties of California.

All other conditions of pretrial release remain the same.

*MIDENCE: Stipulation & ~~Proposed~~ Order to Modify Pretrial Release Conditions*                    1

| | |
|---|---|
| Dated: August 23, 2010 | s/Stuart Hanlon, CSBN: 66104<br>LAW OFFICES OF HANLON & RIEF<br>179 11th Street, 2nd Floor<br>San Francisco, CA 94103<br>415/864-5600<br>stuart@stuarthanlonlaw.com |
| Dated: August 24, 2010 | s/Kyle Waldinger<br>Assistant United States Attorney<br>Office of The United States Attorney<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94103<br>415/436-7200 |

**ORDER**

By Stipulation of the parties,

**IT IS HEREBY ORDERED** that defendant Mauricio Midence's pretrial release conditions be modified to include travel throughout the Eastern District counties of California. All other conditions of pretrial release remain the same.

Dated: August 30, 2010

_____
MAGISTRATE JUDGE LAPORTE
UNITED STATES

IT IS SO ORDERED
Judge Elizabeth D. Laporte

*MIDENCE: Stipulation & Proposed Order to Modify Pretrial Release Conditions*        2