```
1  STUART HANLON, SBN: 66104
   SARA RIEF, SBN: 227279
2  LAW OFFICES OF HANLON & RIEF
   179 11TH Street, 2nd Floor
3  San Francisco, California 94103
   (415) 864-5600
4
   Attorneys for Defendant
5  MAURICIO MIDENCE
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0611 WHA |
| Plaintiff, | ) ) ) | **STIPULATION &** ~~**[PROPOSED]**~~ **ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. | ) ) | |
| MAURICIO MIDENCE, | ) ) | |
| Defendant. | ) ) ) | |

It is hereby Stipulated by the parties in the above-captioned matter that defendant herein, Mauricio Midence be allowed to modify his pretrial release conditions as follows:

Mr. Midence be allowed to travel to Lake Tahoe, Nevada from June 10, 2011 through June 12, 2011. He will be staying at Harrah's Hotel and Casino.

Mr. Tim Elder, the Pretrial Services Officer assigned to this matter stated that he has no objection to the conditions being modified to allow Mr. Midence's travel to Lake Tahoe.

All other conditions of pretrial release remain the same.

Dated: May 25, 2011                    s/Stuart Hanlon, CSBN: 66104
                                       LAW OFFICES OF HANLON & RIEF
                                       179 11th Street, 2nd Floor
                                       San Francisco, CA 94103
                                       415/864-5600
                                       stuart@stuarthanlonlaw.com

*MIDENCE: Stipulation & Proposed Order to Modify Pretrial Release Conditions*                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: May 25, 2011

s/Kyle Waldinger
Assistant United States Attorney
Office of The United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94103
415/436-7200

## ORDER

By Stipulation of the parties,

**IT IS HEREBY ORDERED** that defendant Mauricio Midence's pretrial release conditions be modified to allow him to travel to Lake Tahoe, Nevada, from June 10, 2011 through June 12, 2011.

All other conditions of pretrial release remain the same.

Dated: May 31, 2011

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT

*MIDENCE: Stipulation & Proposed Order to Modify Pretrial Release Conditions*     2