STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorneys for Defendant
MAURICIO MIDENCE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0611 WHA |
| Plaintiff, ) | **STIPULATION & [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. ) | |
| MAURICIO MIDENCE, ) | |
| Defendant. ) | |

It is hereby Stipulated by the parties in the above-captioned matter that defendant herein, Mauricio Midence be allowed to modify his pretrial release conditions as follows:

Mr. Midence be allowed to travel to Los Angeles, California from July 27, 2011 through July 31, 2011 for purposes of a family wedding.

Mr. Tim Elder, the Pretrial Services Officer assigned to this matter stated that he has no objection to the conditions being modified to allow Mr. Midence's travel to Los Angeles.

All other conditions of pretrial release remain the same.

Dated: July 19, 2011           s/Stuart Hanlon, CSBN: 66104
                               LAW OFFICES OF HANLON & RIEF
                               179 11th Street, 2nd Floor
                               San Francisco, CA 94103
                               415/864-5600
                               stuart@stuarthanlonlaw.com

*MIDENCE: Stipulation & Proposed Order to Modify Pretrial Release Conditions*           1

Dated: July 19, 2011
s/Kyle Waldinger
Assistant United States Attorney
Office of The United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94103
415/436-7200

**ORDER**

_____By Stipulation of the parties,

**IT IS HEREBY ORDERED** that defendant Mauricio Midence's pretrial release conditions be modified to allow him to travel to Los Angeles, California from July 27, 2011 through July 31, 2011.

All other conditions of pretrial release remain the same.

Dated: \_\_\_July 27, 2011\_\_\_  _____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

*MIDENCE: Stipulation & Proposed Order to Modify Pretrial Release Conditions*            2