STUART HANLON, CSBN: 066104
SARA RIEF, CSBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5600
Facsimile: (415) 865-0376

Attorney for Defendant
MAURICIO MIDENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) ) ) MAURICIO MIDENCE, ) ) Defendant. ) ) ) _____ ) | No. CR10-00611 WHA  **STIPULATION & [PROPOSED] ORDER FOR RETURN OF U.S. PASSPORT** |

**IT IS HEREBY STIPULATED** between the parties through counsel Kyle Waldinger for the United States of America and Stuart Hanlon for defendant Mauricio Midence, that Defendant Mauricio Midence's U.S. Passport be returned to defense attorney Stuart Hanlon and/or his representative. The above-captioned matter is now concluded.

Dated: October 4, 2011              /S/
                                    STUART HANLON
                                    Attorney for Defendant Midence

Dated: October 4, 2011              /S/
                                    Kyle Waldinger
                                    Assistant U.S. Attorney

1

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that the U.S. Passport for defendant Mauricio Midence be returned to defense counsel Stuart Hanlon or his representative.

**IT IS SO ORDERED.**

Dated: October 5, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE